UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

   v.

BEATRIZ MONTERO TICA,
Individually and d/b/a
BETTY'S MEXICAN RESTAURANT,

        Defendant.
_____/

NO. CIV. 2:11-3447 WBS DAD

ORDER

----oo0oo----

        The defendant in this case is appearing pro se. Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge, Dale A. Drozd, for all further proceedings consistent with the provisions of the rule.  All pending dates set by the undersigned in this matter are hereby VACATED.

        IT IS SO ORDERED.

DATED: February 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE