UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,                  NO. CIV. 2:11-3447 WBS DAD

   v.                               ORDER

BEATRIZ MONTERO TICA,
Individually and d/b/a
BETTY'S MEXICAN RESTAURANT,

        Defendant.
_____/

----oo0oo----

        The defendant in this case is appearing pro se. Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge, Dale A. Drozd, for all further proceedings consistent with the provisions of the rule. All pending dates set by the undersigned in this matter are hereby VACATED.

        IT IS SO ORDERED.

DATED: February 22, 2012

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE