1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11          Plaintiff,                    No. 2:11-cv-3447 WBS DAD PS

12      vs.

13   BEATRIZ MONTERO TICA,                ORDER
     Individually and d/b/a
14   BETTY'S MEXICAN RESTAURANT,

15          Defendant.

16   _____/

17          Plaintiff commenced this action on December 28, 2011.  On February 21, 2012,

18   defendant Beatriz Montero Tica appeared, proceeding pro se.  On February 23, 2012, the

19   assigned District Judge referred the action to the undersigned pursuant to Local Rule 302(c)(21).

20   (Doc. No. 7.)  However, thereafter on May 31, 2012, attorney Simerdip Khangura filed a notice

21   of appearance on behalf of defendant Beatriz Montero Tica.  (Doc. No. 11.)

22          Because defendant is now represented by counsel, the case will now be referred

23   back to the assigned District Judge.  Therefore, all pretrial motions, other than discovery

24   motions, should now be noticed for hearing before the District Judge assigned to this action.  The

25   assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-

26   (20).

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  This matter is referred back to the District Judge assigned to this action;

3        2.  All dates pending before the undersigned are vacated; and

4        3.  Henceforth the caption on documents filed in this action shall be

5   No. 2:11-cv-3447 WBS DAD with the "PS" designation being eliminated.[1]

6        IT IS SO ORDERED.

7   DATED: June 7, 2012.

8

9                                        _____

10                                       DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

11

12  DAD:6
    Ddad1\orders.pro se\johnson3447.referback

13

14

15

16

17

18

19

20

21

22

23

24

25   ────────────────────

26       [1]  As opposed to the prior caption, No. 2:11-cv-3447 WBS DAD PS.