IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                No. 2:11-cv-3447 WBS DAD PS

    vs.

BEATRIZ MONTERO TICA,        ORDER
Individually and d/b/a
BETTY'S MEXICAN RESTAURANT,

        Defendant.

_____/

        Plaintiff commenced this action on December 28, 2011. On February 21, 2012, defendant Beatriz Montero Tica appeared, proceeding pro se. On February 23, 2012, the assigned District Judge referred the action to the undersigned pursuant to Local Rule 302(c)(21). (Doc. No. 7.) However, thereafter on May 31, 2012, attorney Simerdip Khangura filed a notice of appearance on behalf of defendant Beatriz Montero Tica. (Doc. No. 11.)

        Because defendant is now represented by counsel, the case will now be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action;

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:11-cv-3447 WBS DAD with the "PS" designation being eliminated.[1]

IT IS SO ORDERED.

DATED: June 7, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\johnson3447.referback

---

[1] As opposed to the prior caption, No. 2:11-cv-3447 WBS DAD PS.