1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

                          ----oo0oo----

11

12   SCOTT N. JOHNSON,                NO. CIV. 2:11-3447 WBS DAD

13           Plaintiff,

14       v.

15   BEATRIZ MONTERO TICA,
     individually and d/b/a
16   BETTY'S MEXICAN RESTAURANT,

17           Defendant.
     _____/
18

19                        ----oo0oo----

20          STATUS (PRETRIAL SCHEDULING) ORDER

21          After reviewing the parties' Joint Status Report, the

22   court hereby vacates the Status (Pretrial Scheduling) Conference

23   scheduled for October 1, 2012 and makes the following findings

24   and orders without needing to consult with the parties any

25   further.

26       I.   SERVICE OF PROCESS

27          The defendant has been served and no further service is

28   permitted without leave of court, good cause having been shown

                              1

1    under Federal Rule of Civil Procedure 16(b).

2              II.   <u>JOINDER OF PARTIES/AMENDMENTS</u>

3              No further joinder of parties or amendments to

4    pleadings will be permitted except with leave of court, good

5    cause having been shown under Federal Rule of Civil Procedure

6    16(b).   <u>See</u> <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604

7    (9th Cir. 1992).

8              III. <u>JURISDICTION/VENUE</u>

9              Jurisdiction is predicated upon federal question

10   jurisdiction, 28 U.S.C. § 1331, because plaintiff's claims arise

11   under the American with Disabilities Act of 1990, 42 U.S.C. §§

12   12101-12183.   Venue is undisputed and is hereby found to be

13   proper.

14             IV.   <u>DISCOVERY</u>

15             The parties shall serve the initial disclosures

16   required by Federal Rule of Civil Procedure 26(a)(1) by no later

17   than October 5, 2012.

18             The parties shall disclose experts and produce reports

19   in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

20   later than December 21, 2012.   With regard to expert testimony

21   intended solely for rebuttal, those experts shall be disclosed

22   and reports produced in accordance with Federal Rule of Civil

23   Procedure 26(a)(2) on or before January 25, 2013.

24             All discovery, including depositions for preservation

25   of testimony, is left open, save and except that it shall be so

26   conducted as to be <u>completed</u> by February 8, 2013.   The word

27   "completed" means that all discovery shall have been conducted so

28   that all depositions have been taken and any disputes relevant to

1  discovery shall have been resolved by appropriate order if

2  necessary and, where discovery has been ordered, the order has

3  been obeyed.  All motions to compel discovery must be noticed on

4  the magistrate judge's calendar in accordance with the local

5  rules of this court and so that such motions may be heard (and

6  any resulting orders obeyed) not later than February 8, 2013.

7          V.  MOTION HEARING SCHEDULE

8          All motions, except motions for continuances, temporary

9  restraining orders, or other emergency applications, shall be

10  filed on or before March 29, 2013.  All motions shall be noticed

11  for the next available hearing date.  Counsel are cautioned to

12  refer to the local rules regarding the requirements for noticing

13  and opposing such motions on the court's regularly scheduled law

14  and motion calendar.

15          VI.  FINAL PRETRIAL CONFERENCE

16          The Final Pretrial Conference is set for May 28, 2013,

17  at 2:00 p.m. in Courtroom No. 5.  The conference shall be

18  attended by at least one of the attorneys who will conduct the

19  trial for each of the parties and by any unrepresented parties.

20          Counsel for all parties are to be fully prepared for

21  trial at the time of the Pretrial Conference, with no matters

22  remaining to be accomplished except production of witnesses for

23  oral testimony.  Counsel shall file separate pretrial statements,

24  and are referred to Local Rules 281 and 282 relating to the

25  contents of and time for filing those statements.  In addition to

26  those subjects listed in Local Rule 281(b), the parties are to

27  provide the court with: (1) a plain, concise statement which

28  identifies every non-discovery motion which has been made to the

3

court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

## VII.  TRIAL SETTING

The bench trial is set for July 30, 2013 at 9:00 a.m. The parties estimate that a bench trial will last three days and a jury trial will last four days.

## VIII. SETTLEMENT CONFERENCE & VDRP

The parties have expressed an interest in pursuing the Voluntary Dispute Resolution Program, which the parties may pursue pursuant to Eastern District Local Rule 271(c)(3).

A Settlement Conference will be set at the time of the Pretrial Conference.  All parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement

4

1  judge is not the trial judge, the Settlement Conference

2  Statements shall not be filed and will not otherwise be disclosed

3  to the trial judge.

4         IX.   <u>MODIFICATIONS TO SCHEDULING ORDER</u>

5         Any requests to modify the dates or terms of this

6  Scheduling Order, except requests to change the date of the

7  trial, may be heard and decided by the assigned Magistrate Judge.

8  All requests to change the trial date shall be heard and decided

9  only by the undersigned judge.

10  DATED: September 18, 2012

11

12  WILLIAM B. SHUBB

13  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28